UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| BILLY JHONATHAN MASSELLA MORALES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; and Does 1 to 30, inclusive,<br><br>Defendants. | No. CV 16-2992-GW(AGRx)<br><br>ORDER DISMISSING CASE WITH PREJUDICE<br><br><br><br>Honorable George H. Wu<br>United States District Judge |

The parties having filed a stipulation of dismissal,

It is hereby ordered:

1. This action is dismissed with prejudice in its entirety;

2. Each party shall bear its own costs, expenses, and fees; and

3. The Court does not retain jurisdiction over this action, the parties' settlement, or the United States.

IT IS SO ORDERED

DATED: February 9, 2018

*[signature]*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

 /s/Geoffrey D. Wilson 
GEOFFREY D. WILSON
RICHARD M. PARK
Assistant United States Attorneys
Attorneys for Defendant
United States of America